# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147948 & (14)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 147948
                                  COA: 317186
                                  Jackson CC: 04-001348-FC

LOREN DEPREE GREENE,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 14, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to retest DNA evidence is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



                                        Clerk

h0224